Irving Goodman, for appellant; Ordower & Ordower, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; rehearing denied January 4, 1950; released for publication January 5, 1950.

Cadillac Glass Company, Appellant, v. George Stratis and Tony Stratis, Trading as Danny Boy Candy Store, Appellees.

Gen. No. 44,818.

Meyer Shapiro, for appellant; Samuel Nineberg, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; released for publication January 5, 1950.